THOMAS A. HARVEY (State Bar No. 235342)
PHILIP D.W. MILLER (State Bar No. 280537)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:  415.391.4800
Facsimile:   415.989.1663
Email:   ef-tah@cpdb.com
             ef-pdm@cpdb.com

Attorneys for Plaintiff
CAYMUS VINEYARDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYMUS VINEYARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; SONIA Y. ANGELL, in her official capacity as California State Public Health Officer,<br><br>　　　　Defendant. | Case No. 4:20-cv-03569-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Trial Date:　　None Set |

Plaintiff Caymus Vineyards filed the above-referenced action against defendants Gavin Newsom and Sonia Y. Angell on May 28, 2020. Defendants have not yet answered, moved for summary judgment, or otherwise appeared in this action, and thus dismissal without prejudice is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint without prejudice against all defendants.

Dated: June 10, 2020　　　　　　　　　COBLENTZ PATCH DUFFY & BASS LLP


By:  /s/Thomas A. Harvey
　　　THOMAS A. HARVEY
　　　Attorneys for Plaintiff
　　　CAYMUS VINEYARD